1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:21-CR-00001-JWH |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| GILBERT GONZALEZ-TORRES | ) | |
| Defendant. | ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

        (×)    information in the Pretrial Services Report and Recommendation

        (×)    information in the violation petition and report(s)

        (×)    the defendant's nonobjection to detention at this time

        ( )    other: _____

1       and/ or

2 B. (×)   The defendant has not met his/her burden of establishing by clear and
3       convincing evidence that he/she is not likely to pose a danger to the safety
4       of any other person or the community if released under 18 U.S.C.
5       § 3142(b) or (c).  This finding is based on the following:
6       (×)   information in the Pretrial Services Report and Recommendation
7       (×)   information in the violation petition and report(s)
8       (×)   the defendant's nonobjection to detention at this time
9       ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 03/15/2024

                        SHASHI H. KEWALRAMANI
15                         UNITED STATES MAGISTRATE JUDGE